# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

VANESSA W. RHODES,

    VS                                          CASE NO.  3:06cv218/MCR/MD

UNITED STATES OF AMERICA,

## REFERRAL AND ORDER

Referred to Judge Rodgers  on           March 1, 2007
Type of Motion/Pleading: JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY UNTIL 7/2/2007.
Filed by: PLAINTIFF & DEFENDANT  on 2/28/07       Document   9
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
                                       WILLIAM M. McCOOL, CLERK OF COURT

                                       /s/ Teresa Cole
                                       Deputy Clerk: Teresa Cole

## ORDER

     Upon consideration of the foregoing, it is ORDERED this 5th day of March, 2007, that:

     The requested relief is GRANTED.  Trial is continued and will be rescheduled by separate order.

                                       *s/ M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                       **UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

                                       Document No.